No. 04–621. PUBLIC UTILITY DISTRICT No. 1 OF SNOHOMISH COUNTY v. DYNEGY POWER MARKETING, INC., ET AL. C. A.

9th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE BREYER took no part in the consideration or decision of this petition.